
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:22-00392 |
| v. | ) | |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| | ) | |
| BENJAMIN T. TOH | ) | |
| | ) | **UNDER SEAL** |

## MOTION TO SEAL THE INDICTMENT

The United States of America, by and through Mark H. Wildasin, United States Attorney, and the undersigned Assistant United States Attorneys, hereby moves this Court to seal the indictment in this case.

The United States requests a sealing of the Indictment to prevent the flight of defendant BENJAMIN T. TOH, to prevent the potential destruction of evidence, and to ensure the safety of officers. Additionally, the defendant resides in a different state, outside of the Middle District of Tennessee, and law enforcement thus has to coordinate with federal agents outside of this district. The United States requests that the Indictment remain sealed until BENJAMIN T. TOH is arrested, at which time the United States will file a motion to unseal the Indictment.

For these reasons, the United States respectfully requests the Indictment be sealed as described in the attached proposed Order. The United States requests that the Court allow a copy of the sealed indictment to be shared with the U.S. Attorney's Office and District Court in the arresting district.

Dated: December 12, 2022

Respectfully submitted,<br>MARK H. WILDASIN

United States Attorney
Middle District of Tennessee


/s/ Sarah K. Bogni
SARAH K. BOGNI
ROBERT S. LEVINE
Assistant United States Attorney
719 Church St., Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151